IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj108-TFM |
| TIMOTHY DEAN THOMPSON | ) | |

**ORDER**

For good cause,

It is ORDERED that a **detention hearing,** pursuant to the Government's Oral Motion for Detention (of 12/28/2007), is set on **Wednesday, January 2, 2007** at 3:00 p.m. in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending the detention hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 2nd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE